UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Mary Paulette Moss**, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:08CV00835 ERW |
| ) | |
| **Defender Services, Inc., et al** ) | |
| ) | |
| Defendants. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on June 9, 2008, and assigned to the Honorable E. Richard Webber. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:08cv0088 CAS. The Honorable Charles A. Shaw will preside.

Case No. 4:08cv00835 ERW is hereby administratively closed. Judge Webber's name will be replaced for future assignment.

Dated this 10th day of June, 2008.

James G. Woodward
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **1:08cv0088 CAS** in all future matters concerning this case.